1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  LEAH PAISNER (NJBN 175362015)
   Special Assistant United States Attorney
5
         1301 Clay Street, Suite 340S
6        Oakland, California 94612
         Telephone: (510) 637-3680
7        FAX: (510) 637-3724
         Leah.Paisner@usdoj.gov
8

9  Attorneys for United States of America

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )  NO. CR 19-00274 JD
                                        )
14       Plaintiff,                     )  STIPULATION AND [PROPOSED] ORDER TO
                                        )  CONTINUE STATUS CONFERENCE TO
15    v.                                )  SEPTEMBER 4, 2019 AT 10:30 A.M. AND TO
                                        )  EXCLUDE TIME UNTIL SEPTEMBER 4, 2019
16  DERRICK WILLIAM WHITE,              )
                                        )
17       Defendant.                     )
                                        )
18  _____   )

STIPULATION AND [PROPOSED] ORDER
CR 19-00274 JD                                1

1  The above-entitled matter is currently scheduled for a hearing on July 31, 2019, at 10:30 a.m., for status. The parties hereby stipulate to continue this hearing to September 4, 2019 at 10:30 a.m. to provide the parties additional time to discuss and reach a global resolution on this matter and a related Form 12. Both parties are available on the requested hearing date of September 4, 2019.

Both parties also require additional time for review of discovery, including discovery that the government is seeking that is currently in the state's possession. The parties stipulate that time be excluded under the Speedy Trial Act until September 4, 2019 to allow for effective preparation of counsel and review of discovery. The parties further stipulate and agree that the ends of justice served by excluding the time until September 4, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED:  July 29, 2019                                      DAVID L. ANDERSON
                                                                              United States Attorney

                                                                                          /s/
                                                                              LEAH PAISNER
                                                                              Special Assistant United States Attorney


DATED:  July 29, 2019                                               /s/
                                                                              MARK GOLDROSEN
                                                                              Attorney for Defendant
                                                                              DERRICK WILLIAM WHITE


## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above and for good cause, the Court hereby continues the status hearing in this case to September 4, 2019 at 10:30 a.m.

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on July 29, 2019 and for good cause shown, the Court finds that failing to exclude the time up until September 4, 2019 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §

1  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time until
2  September 4, 2019 from computation under the Speedy Trial Act outweigh the best interests of the
3  public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS
4  HEREBY ORDERED that the time until September 4, 2019 shall be excluded from computation under
5  the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

7  IT IS SO ORDERED.

9  DATED: July 30, 2019

      HONORABLE JAMES DONATO
      United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 19-00274 JD                                    3